```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                 Case No. 16-03474-JJT
Gregory Vernon Jenkins, Jr.                                            Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: karendavi              Page 1 of 1              Date Rcvd: Dec 16, 2016
                              Form ID: 318                 Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db             +Gregory Vernon Jenkins, Jr.,    856 Clubhouse Drive,    East Stroudsburg, PA 18302-9275
4825150         ACCOUNT RESOLUTION SVCS,    PO BOX 459079,    SUNRISE, FL 33345-9079
4825151        +AUDREY EDWARDS,    105 CONDOR DRIVE,    TAMIMENT, PA 18371-9422
4825153         EMERG CARE SVCS OF PA,    C/O HRRG,    PO BOX 459080,    SUNRISE, FL 33345-9080
4825155        +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4825160        +MIDDLE SMITHFIELD TWP,    SEWER DEPARTMENT,    147 MUNICIPAL DRIVE,
                 EAST STROUDSBURG, PA 18302-9519
4825162        +NATIONAL BOND & COLLECTIONS,    150 WELLES ST,    KINGSTON, PA 18704-4966
4825163         NATIONAL BOND COLLECTION,    210 DIVISION STREET,    KINGSTON, PA 18704-2715
4825165        +THE CHILDREN'S HOSPITAL OF PHIL,    C/O AMCOL SYSTEMS,    111 LANCEWOOD ROAD,
                 COLUMBIA, SC 29210-7523
4825166        +WINONA LAKES POA,    112 SKI LODGE CIRCLE,    EAST STROUDSBURG, PA 18302-6918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4825152        +EDI: CHASE.COM Dec 16 2016 18:48:00      CHASE BANK,    PO BOX 15298,    WILMINGTON, DE 19850-5298
4825154         EDI: AMINFOFP.COM Dec 16 2016 18:48:00      FIRST PREMIER,    3820 N LOUISE AVENUE,
                 SIOUX FALLS, SD 57107-0145
4825158         E-mail/Text: camanagement@mtb.com Dec 16 2016 18:49:25     M & T BANK,    PO BOX 900,
                 MILLSBORO, DE 19966
4825157         E-mail/Text: camanagement@mtb.com Dec 16 2016 18:49:25     M & T BANK,    PO BOX 1288,
                 BUFFALO, NY 14240-1288
4825156         E-mail/Text: camanagement@mtb.com Dec 16 2016 18:49:25     M & T BANK,    PO BOX 840,
                 BUFFALO, NY 14240-0840
4825159        +E-mail/Text: bgiron@ncsplus.com Dec 16 2016 18:49:24      MIDDLE SMITHFIELD TOWNSHIP,
                 C/O NATIONAL CREDIT SYSTEMS,    117 E 24TH ST 4TH FLOOR,    NEW YORK, NY 10010-2919
4825161         EDI: MID8.COM Dec 16 2016 18:48:00      MIDLAND CREDIT MGT,    8875 AERO DRIVE,   SUITE 200,
                 SAN DIEGO, CA 92123-2255
4825164         EDI: RMSC.COM Dec 16 2016 18:48:00      SYNCHRONY BANK/WALMART,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              John J Martin   (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Gregory Vernon Jenkins, Jr.
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                               TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Gregory Vernon Jenkins Jr.** | Social Security number or ITIN  **xxx–xx–5656** |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:16–bk–03474–JJT** | | |

## Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory Vernon Jenkins Jr.
aka Gregory Jenkins Jr., aka Gregory V. Jenkins Jr., aka Gregory Jenkins, aka Gregory V. Jenkins, aka Gregory Vernon Jenkins

**By the court:** _[signature]_

December 16, 2016

Honorable John J. Thomas
United States Bankruptcy Judge

By: karendavis, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| Official Form 318 | **Order of Discharge** | page 1 |
|---|---|---|

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**